# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. CORONA, | Case No. CV 16-04448-PA (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner denying Plaintiff's application for benefits is REVERSED and the matter is REMANDED to the Commissioner for further administrative action.

DATED: June 23, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE